IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 17-CR-00152 (PKC) |
| v. | Honorable J. P. Kevin Castel |
| Jeremy Griffin, | |
| Defendant. | |

*For good cause shown and in the interests of justice, defendant's motion for early termination of supervision in GRANTED effective November 25, 2024. SO ORDERED.*
*Dated: 10/23/2024*

*P. Kevin Castel*
*United States District Judge*

### DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE

The defendant, Jeremy Griffin, through his attorney, David J. Cohen, respectfully moves the Court for entry of an order terminating defendant's term of supervised release pursuant to 18 U.S.C. § 3583(e). The following information is based upon counsel's knowledge of the factual and procedural history of this matter, a review of documents filed and received in this matter and related matters, as well as counsel's own investigation with the defendant, the probation office and relevant third parties.

### BRIEF PROCEDURAL AND RELEVANT FACTUAL HISTORY

On January 23, 2018, this Honorable Court sentenced the defendant to 24 months of imprisonment and six (6) years[1] of supervised release. The Court also imposed a host of special conditions attendant to Mr. Griffin's release from incarceration including, *inter alia*, that he: 1)

---

[1] Pursuant to 18 U.S.C. § 3583(k).

1